## 75316, 75317. AVERY v. KEY CAPITAL CORPORATION (two cases).
(383 SE2d 909)

McMURRAY, Presiding Judge.

In accordance with the judgment of the Supreme Court in *Key Capital v. Avery*, 259 Ga. 133 (376 SE2d 886) (1989), we vacate the judgments of this court in *Avery v. Key Capital Corp.*, 186 Ga. App. 712 (368 SE2d 364) (two cases). The judgment of the Supreme Court is made the judgment of this court and the judgments of the trial court are affirmed.

*Judgments affirmed. Carley, C. J., Deen, P. J., Banke, P. J., Birdsong, Sognier, Pope, Benham and Beasley, JJ., concur.*

DECIDED MAY 25, 1989.

*G. Kennedy McLeod, Jr.*, for appellant.
*William K. Carmichael, John R. Hunt, Timothy W. Hewett*, for appellee.